# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>NATHAN BOWERBANK,<br><br>                    Defendant. | 2:13-cr-00430-JAD-VCF<br><br>**MINUTE ORDER** |

       Before the Court is Defendant's Motion to Reconsider Detention Order. (#15).

       Defendant requests the court to re-open bail to consider new and more accurate information on which to base its determination. *Id.* The Government filed an Opposition February 25, 2014. (#16).

       IT IS HEREBY ORDERED that a hearing on Defendant's Motion to Reconsider Detention Order (#15) is scheduled for 9:00 a.m., Tuesday, March 4, 2014, in Courtroom 3D.

       IT IS FURTHER ORDERED that Defendant's mother, Jaime Soule, must appear in person at the hearing if she is still willing to act as a third party custodian.

       IT IS FURTHER ORDERED that the U.S. Marshals will transport Defendant to and from the hearing.

       DATED this 28th day of February, 2014.

                                                                  CAM FERENBACH
                                                                  UNITED STATES MAGISTRATE JUDGE